■ In the Matter of TAMARA WILLIAMS et al., Petitioners, v LOREN BAILY-SCHIFFMAN et al., Respondents. [995 NYS2d 914]—

Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit Loren Baily-Schiffman, a Justice of the Supreme Court, Kings County, from enforcing an order dated September 23, 2014, that was issued in a guardianship proceeding pursuant to Mental Hygiene Law article 81, pending in that court under index No. 100147/12.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioners failed to establish a clear legal right to relief in the nature of prohibition. Skelos, J.P., Dickerson, Chambers and Maltese, JJ., concur.